*E-Filed 6/16/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: KAYOUMY                                  No. C 11-80135 MISC RS

**ORDER**

_____/

On June 14, 2011, Alexander Aziz Kayoumy filed a request to correct his birth date as it appears on his Certificate of Citizenship. The Certificate lists a date of birth on November 16, 1961, and Mr. Kayoumy indicates that his correct birth date is actually November 16, 1956. A Certificate of Citizenship is issued by the United States Citizenship and Immigration Services. From the documents filed here, it does not appear that Mr. Kayoumy has notified or otherwise attempted to seek such a correction directly from the agency. He should do so. Unless and until Mr. Kayoumy presents a final decision from that agency for this Court to review, the Court unfortunately lacks jurisdiction to address Mr. Kayoumy's dilemma. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 6/16/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-80135 RS
ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Alexander Aziz Kayoumy**
276 Junipero Street
Pleasanton, CA 94566

DATED:  6/16/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg